IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEKIA HEAD,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, LLC,<br><br>    Defendants. | Civil Action<br>File No.:    1:19-cv-02653-MLB |

**CROSS-NOTICE OF TAKING DEPOSITION OF NON-PARTY**

PLEASE TAKE NOTICE that the pursuant to Fed.R.Civ.P.26, and 30, counsel for Plaintiff will take the deposition on oral examination as outlined below:

| **Deponent Name:** | Sandria Fowler |
|---|---|
| **Date:** | April 29, 2020 |
| **Start Time:** | 1:30p.m. |
| **Location:** | All parties have agreed to appear remotely with a qualified court reporter present. |

The deposition will be taken pursuant to Official Code of Georgia Annotated § 9-11-26, *et seq.*, § 9-11-30, *et seq.* and that before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition upon oral examination pursuant to the Georgia Civil Practice Act and also in accordance with the Uniform Superior Court Rule 7.2 (5)a for discovery, cross examination, the

preservation of evidence for use at trial, and all other purposes allowed by law.  The deposition will continue from day to day until complete.

    This 28th day of April, 2020.

                                     */S/ C. KIMBERLY LIVERPOOL-SETTLE*
                                     C. KIMBERLY LIVERPOOL-SETTLE, ESQ.
                                     GA State Bar No.: 723771
                                     Kimberly@glenncambre.com
                                     2310 Parklake Drive, Suite 300
                                     Atlanta, Georgia 30345
                                     P. (770) 502.6116
                                     F. (404) 541-3485

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEKIA HEAD,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF GEORGIA, LLC,<br><br>    Defendants. | Civil Action<br>File No.:   1:19-cv-02653-MLB |

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed this ***Plaintiff's Cross-Notice of Taking Deposition of Non-Party*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record. I also certify that I have electronically mailed to the attorneys listed above the document that is named in this Certificate of Service.

James T. Hankins
Samantha M. Dorsey
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, Georgia 30326-1084
sdorsey@GM-LLP.com
Jhankins@GM-LLP.com

This 28th day of April, 2020.

- 4 -

*/S/ C. KIMBERLY LIVERPOOL-SETTLE*
C. KIMBERLY LIVERPOOL-SETTLE, ESQ.
GA State Bar No.: 723771
Kimberly@glenncambre.com
2310 Parklake Drive, Suite 300
Atlanta, Georgia 30345
P. (770) 502.6116
F. (404) 541-3485
